# Exhibit
# 2

## The Equity Villa Fund Grows to 10 Residences



As further validation to the success of Equity Residences' luxury real estate private equity funds, Equity Residences is happy to announce the addition of two more properties to the Equity Villa Fund. The latest properties include a luxury waterfront home in the Florida Keys and a magnificent ocean view home on Kauai, bringing the total Villa Fund portfolio to **10 luxury residences**.

The Florida Keys residence is on the water in Marathon Key. It features 4 bedrooms, 3 baths and a private pool. Purchased at 44 cents on the dollar from the market peak and below current market prices, it is a great addition to the Villa Fund. Guests will have easy access to everything the Key's has to offer including boating, fishing, snorkeling and other water sports.



The new Kauai residence is a luxury 4 bedroom house in Princeville near the St. Regis resort and the



spectacular Hanalei Bay. The new properties give east and west coast investors new options for vacations with friends and family.

Villa Fund Investors Now Have Access to Over 65 Luxury Residences Our Partner, Elite Alliance is also growing with over 65 luxury resort locations around the world including recent additions in Telluride CO, Clio CA, Cabo San Lucas MX, Bend OR, Buenos Aires, Lake Tahoe CA, Scottsdale AZ, and Kauai HI. As part of their investment privileges, Equity Villa Fund investors have access to the Elite Alliance portfolio for priceless family vacations. Elite Alliance Cabo San Lucas Property



Equity Residences manages luxury real estate private equity funds for accredited investors to both invest in and have access to over 65 world-class luxury vacation residences to enjoy with your friends and family. Our "real estate funds that pay lifestyle dividends" acquire thoroughly vetted luxury vacation residences at depressed prices. Our investors enjoy rent-free, luxury vacations at incredible destinations while the properties increase in value.

Contact us at info [at] equityresidences.com or 619-796-3501 to learn more about our luxury real estate private equity offerings for accredited investors.

Regards,

John Long & Greg Salley

Managing Directors Equity Residences, LLC

## FOLLOW US



COPYRIGHT 2013-2015 · EQUITY RESIDENCES · ALL RIGHTS RESERVED · THE INFORMATION SET FORTH HEREIN IS NOT AN OFFER TO SELL OR A SOLICITATION OF AN OFFER TO BUY ANY SECURITIES. ANY OFFER TO SELL OR SOLICITATION TO BUY INTERESTS IN SECURITIES WILL BE MADE ONLY BY MEANS OF A CONFIDENTIAL PRIVATE OFFERING MEMORANDUM DELIVERED BY AN EMPLOYEE OR AGENT OF EQUITY RESIDENCES, LLC AND ONLY IN JURISDICTIONS IN WHICH SUCH AN OFFER WOULD BE LAWFUL AND EXEMPT FROM REGISTRATION UNDER APPLICABLE FEDERAL AND STATE SECURITIES LAWS.