Majestic Process 1008 North Lakeside Drive, Lake Worth, Florida 33460   561 533-0330

Return of Service

Case No: 18 cv 216 GPC NLS          Court: United States District, Southern California

Plaintiff: BLAINE HARRINGTON III

Defendant: EQUITY ASSET & PROPERTY MANAGEMENT INC.
d/b/a EQUITY RESIDENCES LLC

Hearing Date: 21 days
Writ: Summons, Complaint for Copyright Infringement, Exhibits
For: Joel B Rothman
     Schneider Rothman IP Law Group, PLLC

TO BE SERVED ON:   EQUITY ASSET & PROPERTY MANAGEMENT INC. d/b/a EQUITY RESIDENCES LLC
c/o Registered Agent Mr. John Long
1220 Rosencrans Street, #822, San Diego, CA 92016

Majestic Process received this process on February 2, 2018 at 6:00 p.m.

I, K. Wysong, executed service on February 08, 2018.
at 1:45 pm.
I delivered a copy of this process in accordance with state statutes in the manner below:

X  CORPORATE SERVICE: Served Jason Smith as Manager

___ NON SERVICE: For the reasons in the comments below.

DESCRIPTION: sex M  age 30's  race Cauc  height 5'10"  weight 175  hair Brn/Gray
eyes Brn  other marks _____
COMMENTS:

I certify that I am over the age of 18, have no interest in the above action, and have proper authority in the jurisdiction in which this service was made. Under penalty of perjury, I declare that the facts set forth in the foregoing Return of Service are true and correct.

2-14-18
Process Server # 1802
In Good Standing in the Court
in which this was served