AO 441  Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

BLAINE HARRINGTON, III

*Plaintiff*

V.

EQUITY ASSET & PROPERTY MANAGEMENT, INC. dba EQUITY RESIDENCES, LLC

*Defendant*

Civil Action No. 18cv0216-GPC-NLS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Equity Asset & Property Management, Inc. dba Equity Residences, LLC
1220 Rosencrans Street, Suite 822
San Diego, CA 92106
Serve: Registered Agent - Mr. John Long

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jonah A. Grossbardt
10250 Constellation Boulevard, Suite 100
Los Angeles, CA 90067
323.364.6565

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____1/31/18_____



John Morrill
CLERK OF COURT

S/ _____ J. Simmons
*Signature of Clerk or Deputy Clerk*

AO 441    Summons in a Civil Action                                                                                    (Page 2)

Civil Action No. 18cv0216-GPC-NLS            Date Issued:    1/31/18

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* Equity Asset & Property Management, Inc.
was received by me on *(date)* November 26, 2018.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jason Smith, Manager, the person ~~apparently in charge thereof~~, who is,
designated by law to accept service of process on behalf of *(name of organization)*
Equity Asset & Property Management, Inc.            on *(date)* 11/28/2018 ; ☒ AND

☒ Other *(specify)*: Pursuant to 415.20(a) of the California Code of Civil Procedure, I mailed a copy of the Summons, Complaint, Motion for Default, Motion for Final Default and Order Denying Final Default to Equity Asset & Property Management, Inc. at 1220 Rosencrans Street, Suite 822, San Diego, California, 92106 on 11.28.2018

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 11/30/2018

*Server's Signature*

K. Wysong   RPS #1802
*Printed name and title*

2445 Morena Blvd. Ste 201
San Diego, CA 92110
*Server's address*

---

NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.