1  Jonah A. Grossbardt (State Bar No. 283584)
   **SRIPLAW, P.A.**
2  1801 Century Park East
   Suite 1100
3  Los Angeles, CA  90067
   323.364.6565 – Telephone
4  561.404.4353 – Facsimile
   jonah.grossbardt@sriplaw.com
5
   Attorney for Plaintiff
6  Blaine G. Harrington III

7

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

| BLAINE G. HARRINGTON III, | CASE NO.:  3:18-cv-00216-GPC-AHG |
|---|---|
| Plaintiff, | **DECLARATION OF BLAINE G. HARRINGTON III** |
| v. | |
| EQUITY ASSET & PROPERTY MANAGEMENT, INC. dba EQUITY RESIDENCES, LLC, | |
| Defendant. | |

I, Blaine G. Harrington III, declare as follows:

　　1.　　I am a professional photographer who resides in Colorado.  I am the plaintiff in the above-referenced action.  I create and license photographic images for various uses, including travel and landscapes.  I provide this declaration in support of Plaintiff's Second Motion for Default Judgment against Defendant

1

Equity Asset & Property Management, Inc. dba Equity Residences, LLC ("Motion").  The following is of my own personal knowledge, and if called as a witness in this matter, I could and would competently testify thereto.

2. Among my many copyrighted photographs is an image of a beach in the Florida Keys taken in 2011 and titled "20110427_florida_4138.jpg" (the "Copyrighted Work").  I am the exclusive owner of the copyrights in and to the Copyrighted Work.  To create this photograph, I invested hours of time and effort on the photo shoot itself and in later production enhancing the quality of the image.

3. Effective as August 29, 2011, I obtained a registration with the United States Copyright Office for a collection of photographic images entitled, "Blaine Harrington III Photography 20110427-20110808 10,845 Unpublished Photos" (Registration Number Vau001077015, which covers (among other images) the Copyrighted Work.  Attached as Exhibit 1 to the Complaint filed on my behalf in this action is a true and accurate copy of the certificate of registration with the Copyright Office, identified as Registration Number Vau001077015.

4. The Complaint in paragraph 10 is a true and accurate copy of the Copyrighted Work which was submitted (along with other photographs) with the application for registration that resulted in Registration Number Vau001077015 by the Copyright Office.

2

5. I own all rights, title, and interest, including copyrights, in and to the Copyrighted Work.

6. I first learned of Defendant's unauthorized use of my Copyrighted Work on April 6, 2016.

7. I have agreed to license my photographs for commercial uses on prior occasions for $10,000.

8. The techniques that I use are difficult to execute effectively. My photos are made using special photography capture techniques to capture photographs from perspectives that would not otherwise be possible.

9. Significant technical attributes were required to make the Copyrighted Work including; monitoring the environment with regard to atmospheric conditions, cloud cover, wind speed, wind direction, and precipitation; extensive image location scouting to identify potential photo locations, angles, elevations, accessibility; and using advanced photo exposure control, both in-camera and via post-production software, to ensure a common brightness, contract, clarity, color temperature, color saturation, color tonality, and image noise reduction.

10. The typical range of fees I receive for licensing the right to make commercial use and display of one of my copyrighted photographs similar in quality and popularity to the Copyrighted Work is $10,000.

11. Had Defendant Equity Asset & Property Management, Inc. dba Equity Residences, LLC ("Defendant") requested a license to reproduce and display the Copyrighted Work on its website, I would have charged at least $10,000 for permission to use the Copyrighted Work on its website for a one-year term.

12. Considering a scarcity multiplied of 5 to the licensing fee of $10,000 per use per year, I believe my actual damages from the use of my Work to by $50,000 per year per use.

13. A significant portion of the revenue I generate from my photography work comes from licensing photos for secondary uses, such as the use made by Defendant. The ability of someone like Defendant to reproduce, distribute and display the Copyrighted Work for its own commercial benefit without compensation to me greatly impairs the market value of the Copyrighted Work since others competing with that business, or in related business areas, will not want to obtain a license to my work if it is already associated with a competing business.

14. The Copyrighted Work has lost significant value to its scarcity by the widespread and continuing dissemination resulting from Defendant's infringement.

15. I believe my total loss would be $200,000 based on the $50,000 multiplied by a four times licensing fee.

4


1  I declare under penalty of perjury under the laws of the United States that the
2  foregoing is true and correct. Executed this 20st day of August 2019, at LITTLEON,
3  Colorado.

*Blaine Harrington*
BLAINE G. HARRINGTON

**SRIPLAW**
LOS ANGELES, CALIFORNIA