# Exhibit 18

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, Florida 33433
info@sriplaw.com

| Submitted to: | Equity Asset | Invoice 31892 |
|---|---|---|
| Blaine Harrington | Our ref: 00288-0010 | November 25, 2019 |

Items through November 25, 2019

## Professional Services

| Date | Who | Matter | Description | Hours | Total |
|---|---|---|---|---|---|
| 12/18/2017 | KAA | 00288-0010 | Investigate and attempt to locate address for defendant | 0.70 | 122.50 |
| 1/2/2018 | JAG | 00288-0010 | Reviewed lawsuit authorization email | 0.10 | 39.50 |
| 1/2/2018 | JAG | 00288-0010 | Reviewed email regarding demand letter; edited demand letter | 0.20 | 79.00 |
| 1/2/2018 | JAG | 00288-0010 | Reviewed email regarding demand letter | 0.10 | 39.50 |
| 1/2/2018 | JCJ | 00288-0010 | Review file.  Prepare demand letter. | 0.50 | 87.50 |
| 1/21/2018 | JAG | 00288-0010 | Reviewed email regarding demand letter | 0.10 | 39.50 |
| 1/21/2018 | JCJ | 00288-0010 | Review file.  Prepare Complaint, Civil Cover Sheet, Summons, Exhibits and Certificate of Interested Parties. | 1.40 | 245.00 |
| 1/22/2018 | JAG | 00288-0010 | Reviewed and edited demand letter; reviewed case file | 0.50 | 197.50 |
| 1/30/2018 | JAG | 00288-0010 | Reviewed complaint and case filings | 0.30 | 118.50 |
| 1/30/2018 | JCJ | 00288-0010 | Prepare Complaint, Civil Cover Sheet, Exhibits, Certificate of Interested Parties, Corporate Disclosure, Form AO121, and Summons. | 1.00 | 175.00 |
| 1/31/2018 | JAG | 00288-0010 | Reviewed NEF filing regarding summons and case filing | 0.10 | 39.50 |
| 2/2/2018 | JCJ | 00288-0010 | Receive Summons and docket last day to serve. | 0.10 | 17.50 |
| 2/2/2018 | JCJ | 00288-0010 | Send Summons and Complaint out for service. | 0.20 | 35.00 |
| 2/16/2018 | JCJ | 00288-0010 | Receive and process Return of Service.  File same with the Court. | 0.10 | 17.50 |
| 3/9/2018 | JAG | 00288-0010 | Reviewed and edited motion for default | 0.30 | 118.50 |
| 3/12/2018 | JAG | 00288-0010 | Reviewed motion for default | 0.10 | 39.50 |
| 3/13/2018 | JCJ | 00288-0010 | Prepare Motion for Entry of Clerk's Default and Declaration in Support.  File same with the Court. | 0.50 | 87.50 |
| 3/14/2018 | JAG | 00288-0010 | Reviewed default order | 0.10 | 39.50 |
| 5/10/2018 | JAG | 00288-0010 | Researched default motion | 0.50 | 197.50 |
| 7/30/2018 | JAG | 00288-0010 | Drafted and edited application for default judgment | 1.00 | 395.00 |
| 7/30/2018 | JAG | 00288-0010 | Drafted letter to Equity regarding default | 0.20 | 79.00 |
| 7/31/2018 | JAG | 00288-0010 | Drafted and edited letter to Equity; prepared and sent letter to Equity | 0.70 | 276.50 |
| 8/11/2018 | JAG | 00288-0010 | Continue drafting and edited motion for default judgment and supporting documents | 4.50 | 1,777.50 |
| 8/12/2018 | JAG | 00288-0010 | Continued drafting and edited motion for default judgment and supporting documents | 2.50 | 987.50 |
| 8/13/2018 | JCJ | 00288-0010 | Prepare Table of Contents and Table of Authorities for Memorandum of Law in Support of Motion for Final Default. | 1.00 | 175.00 |

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, Florida 33433
info@sriplaw.com

| | | | | | |
|---|---|---|---|---|---|
| 8/13/2018 | JAG | 00288-0010 | Continued drafting and editing motion for default judgment and supporting documents | 4.00 | 1,580.00 |
| 8/14/2018 | JCJ | 00288-0010 | Finalize Table of Contents and Table of Authorities. | 0.80 | 140.00 |
| 8/14/2018 | JAG | 00288-0010 | Continued drafting and editing Motion for default judgment and finalized Motion for Default Judgment | 1.00 | 395.00 |
| 8/14/2018 | JAG | 00288-0010 | Revised default motion | 1.00 | 395.00 |
| 8/15/2018 | JAG | 00288-0010 | Prepared documents for service | 0.10 | 39.50 |
| 8/31/2018 | JAG | 00288-0010 | Emailed B. Harrington regarding case status and hearing date | 0.10 | 39.50 |
| 10/15/2018 | JAG | 00288-0010 | Reviewed Court Order and service emails | 0.20 | 79.00 |
| 10/19/2018 | JAG | 00288-0010 | Reviewed and responded to email regarding case status | 0.10 | 39.50 |
| 10/24/2018 | JAG | 00288-0010 | Called Court to discuss extending service | 0.10 | 39.50 |
| 11/6/2018 | JAG | 00288-0010 | Drafted and edited motion to extend; drafted and edited declaration in support of motion to extend; drafted proposed order | 4.00 | 1,580.00 |
| 11/12/2018 | JAG | 00288-0010 | Reviewed case status | 0.10 | 39.50 |
| 11/20/2018 | JAG | 00288-0010 | Prepared new summons; called ECF to file new summons; emailed B. Harrington regarding new dates | 0.20 | 79.00 |
| 11/21/2018 | JAG | 00288-0010 | Discussed case with Clerk and reviewed service | 0.20 | 79.00 |
| 11/26/2018 | JAG | 00288-0010 | Reviewed emails regarding service | 0.10 | 39.50 |
| 11/28/2018 | JAG | 00288-0010 | Reviewed and responded to emails regarding service | 0.20 | 79.00 |
| 11/30/2018 | JCJ | 00288-0010 | Follow up email to San Diego Service of Process for Return of Service. | 0.10 | 17.50 |
| 1/2/2019 | JAG | 00288-0010 | Reviewed case file and default judgment | 0.10 | 42.50 |
| 1/3/2019 | NL | 00288-0010 | Prepare Motion for Clerk's Entry of Default. File same with court. | 0.50 | 87.50 |
| 1/3/2019 | JAG | 00288-0010 | Drafted and edited Clerk's default | 0.20 | 85.00 |
| 1/18/2019 | JAG | 00288-0010 | Reviewed case status | 0.10 | 42.50 |
| 1/23/2019 | JAG | 00288-0010 | Reviewed case status | 0.10 | 42.50 |
| 1/24/2019 | JAG | 00288-0010 | Reviewed case file | 0.10 | 42.50 |
| 1/28/2019 | JAG | 00288-0010 | Discussed case status with N. Linares | 0.10 | 42.50 |
| 2/15/2019 | JAG | 00288-0010 | Reviewed case status | 0.10 | 42.50 |
| 4/5/2019 | JAG | 00288-0010 | Reviewed case status | 0.10 | 42.50 |
| 4/8/2019 | JAG | 00288-0010 | Reviewed case status | 0.10 | 42.50 |
| 4/12/2019 | JAG | 00288-0010 | Reviewed case status | 0.10 | 42.50 |
| 4/29/2019 | JAG | 00288-0010 | Reviewed case status | 0.10 | 42.50 |
| 5/10/2019 | JAG | 00288-0010 | Reviewed case status | 0.10 | 42.50 |
| 5/13/2019 | JAG | 00288-0010 | Discussed case status with N. Linares | 0.10 | 42.50 |
| 5/31/2019 | JAG | 00288-0010 | Discussed case status with N. Linares | 0.10 | 42.50 |
| 6/4/2019 | JAG | 00288-0010 | Discussed case status with N. Linares | 0.10 | 42.50 |
| 6/11/2019 | JAG | 00288-0010 | Discussed case status with N. Linares | 0.10 | 42.50 |
| 6/12/2019 | JAG | 00288-0010 | Reviewed case status | 0.10 | 42.50 |
| 6/18/2019 | JAG | 00288-0010 | Discussed case status with N. Linares | 0.10 | 42.50 |

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, Florida 33433
info@sriplaw.com

| Date | Who | Matter | Description | Hours | Total |
|---|---|---|---|---|---|
| 6/26/2019 | DMH | 00288-0010 | Drafted and edited second motion for default judgement | 1.00 | 175.00 |
| 6/27/2019 | JAG | 00288-0010 | Drafted and edited process server declaration and revised memorandum of law in support of second default judgement | 1.50 | 637.50 |
| 6/27/2019 | DMH | 00288-0010 | Wrote server declaration; phone calls and emails with the server company to get declaration signed | 1.50 | 262.50 |
| 7/2/2019 | JAG | 00288-0010 | Discussed case with N. Linares | 0.10 | 42.50 |
| 7/9/2019 | JAG | 00288-0010 | Discussed case status with N. Linares | 0.10 | 42.50 |
| 7/16/2019 | JAG | 00288-0010 | Discussed case status with N. Linares | 0.10 | 42.50 |
| 8/16/2019 | JAG | 00288-0010 | Drafted and edited motion for second default judgment and declarations in support of motion | 0.50 | 212.50 |
| 8/19/2019 | JAG | 00288-0010 | Drafted and edited memorandum of law in support of motion for second default judgement; drafted and edited declarations in support of motion for second default judgment; prepared exhibits for declarations | 5.50 | 2,337.50 |
| 8/20/2019 | JCJ | 00288-0010 | Revise Memorandum in Support of Motion for Final Default.  Update TOA and TOC. | 0.90 | 180.00 |
| 8/20/2019 | JAG | 00288-0010 | Drafted and edited default motion and supporting documents; drafted and edited declarations in support of motion | 2.00 | 850.00 |
| 8/21/2019 | JAG | 00288-0010 | Drafted and edited default motion and supporting documents; drafted and edited declarations in support of motion; prepared exhibits and prepared documents for filing with the Court | 1.50 | 637.50 |
| 9/6/2019 | JAG | 00288-0010 | Reviewed Docket | 0.10 | 42.50 |
| 9/11/2019 | JAG | 00288-0010 | Drafted and edited motion to continue | 0.50 | 212.50 |
| 9/19/2019 | JAG | 00288-0010 | Reviewed case status | 0.10 | 42.50 |
| 10/23/2019 | JAG | 00288-0010 | Reviewed court filing re: case status | 0.10 | 42.50 |
| 10/24/2019 | JAG | 00288-0010 | Reviewed court decision | 0.20 | 85.00 |
| 10/24/2019 | JAG | 00288-0010 | Reviewed decision denying default motion | 0.20 | 85.00 |
| 11/19/2019 | JAG | 00288-0010 | Reviewed case status | 0.10 | 42.50 |
| 11/21/2019 | JAG | 00288-0010 | Drafted and edited third motion for default judgment | 2.00 | 850.00 |
| 11/22/2019 | JAG | 00288-0010 | Drafted and edited third motion for default judgment | 2.00 | 850.00 |
| 11/22/2019 | JAG | 00288-0010 | Researched corporate status of defendant | 1.00 | 425.00 |
| 11/22/2019 | JAG | 00288-0010 | Drafted and edited declaration of Jonah A. Grossbardt in support of third motion for default judgment | 1.50 | 637.50 |
| 11/23/2019 | JAG | 00288-0010 | Drafted and edited third motion for default judgment | 3.00 | 1,275.00 |
| 11/24/2019 | JAG | 00288-0010 | Drafted and edited third motion for default judgment | 2.00 | 850.00 |
| 11/25/2019 | JAG | 00288-0010 | Drafted and edited third motion for default judgment; prepared exhibits; drafted and edited declarations in support of motion | 2.00 | 850.00 |
| | | | **Professional Services** | **61.00** | **$22,691.50** |

## Additional Charges

| Date | Who | Matter | Description | | Total |
|---|---|---|---|---|---|

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, Florida 33433
info@sriplaw.com

| Date | Who | Matter | Description | Amount |
|---|---|---|---|---:|
| 1/2/2018 | KA | 00288-0010 | Disbursement to courier for shipment of documents | 22.07 |
| 1/30/2018 | KA | 00288-0010 | Filing Fee for New Complaint | 400.00 |
| 2/15/2018 | KA | 00288-0010 | Fee for service of process-SR 2018-33 | 126.70 |
| 7/31/2018 | JAG | 00288-0010 | Disbursement to courier for shipment of Complaint and other court documents to John Long | 9.90 |
| 7/31/2018 | JAG | 00288-0010 | Disbursement to courier for shipment of Complaint and other court documents to Greg Salley | 8.15 |
| 8/14/2018 | JAG | 00288-0010 | Disbursement to courier for shipment of Motion and supporting documents to John Long | 9.90 |
| 8/14/2018 | JAG | 00288-0010 | Disbursement to courier for shipment of Motion and supporting documents to Greg Salley | 8.15 |
| 8/14/2018 | JAG | 00288-0010 | Disbursement to courier for shipment of Motion and supporting documents to Equity Asset | 7.65 |
| 8/15/2018 | KA | 00288-0010 | Disbursement to courier for shipment of courtesy copies to the court | 61.70 |
| 8/15/2018 | KA | 00288-0010 | Disbursement to courier for shipment of courtesy documents to court | 54.10 |
| 11/26/2018 | KA | 00288-0010 | Fee for service of process-San Diego SOP | 65.00 |
| 11/26/2018 | JCJ | 00288-0010 | Disbursement to San Diego Service of Process for additional pages printed. | 16.80 |
| 11/29/2018 | JCJ | 00288-0010 | Disbursment to San Diego Service of Process for Substitute Service. | 23.80 |
| 11/30/2018 | NL | 00288-0010 | Disbursement to courier for shipment of documents - San Diego Service of Process Inv. 38130 | 105.60 |
| 8/21/2019 | KA | 00288-0010 | Disbursement to courier for shipment of motion on the company to G. Salley and J. Long | 21.00 |
| 11/25/2019 | JCJ | 00288-0010 | Disbursement to FedEx for shipment of Motion for Final Default on Defendants. | 29.70 |
| | | | **Additional Charges** | **$970.22** |
| | | | **Total Professional Services and Additional Charges** | **$23,661.72** |

## Timekeeper Summary

| Who | Role | Full Name | Hours | Rate | | Total |
|---|---|---|---:|---:|---:|---:|
| DMH | Law Clerk | Danielle M Hernandez | 2.50 | 175.00 | | 437.50 |
| JCJ | Paralegal | Jamie C. James | 6.60 | 177.27 | 178.41 | 1,177.50 |
| JAG | Attorney | Jonah A. Grossbardt | 50.70 | 412.14 | 411.57 | 20,866.50 |
| KAA | Investigator | Kimberly A. Abajian | 0.70 | 175.00 | | 122.50 |
| NL | Paralegal | Natalia Linares | 0.50 | 175.00 | | 87.50 |

**Please Pay This Amount:   $23,661.72**

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, Florida 33433
info@sriplaw.com

**Payment Terms:** DUE ON RECEIPT