

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAINE G. HARRINGTON III<br><br>Plaintiff,<br><br>V.<br><br>EQUITY ASSET & PROPERTY MANAGEMENT, INC. d/b/a EQUITY RESIDENCE, LLC<br><br>Defendant. | Civil Action No.   18-cv-0216-GPC-NLS<br><br>DEFAULT JUDGMENT<br>IN A CIVIL CASE |

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Plaintiff's request for permanent injunctive relief and further GRANTS Plaintiff an award of $75,000 in statutory damages, and $23,661.72 in attorney's fees and costs plus post-judgment interest calculated from the date of this Order.

The Court GRANTS Plaintiff's Motion for Default Judgment and further GRANTS Plaintiff's request for relief in the amounts and forms described above. Plaintiff is directed to submit a proposed order providing injunctive relief on or before January 27, 2020.

| | |
|---|---|
| **Date:**       1/14/20 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br><br>By:  s/ D. Gilbert<br><br>                                    D. Gilbert, Deputy |