UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAINE G. HARRINGTON III,<br><br>                              Plaintiff,<br><br>v.<br><br>EQUITY ASSET & PROPERTY MANAGEMENT, INC. d/b/a EQUITY RESIDENCE, LLC,<br><br>                             Defendant. | Case No.: 3:18-cv-00216-GPC-NLS<br><br>**ORDER DIRECTING PLAINTIFF TO FILE A REVISED PROPOSED ORDER FOR PERMANENT INJUNCTIVE RELIEF** |

      This Court granted Plaintiff default judgment on January 14, 2020.  ECF No. 29. The Court found that permanent injunctive relief was appropriate and directed Plaintiff to submit a proposed order providing such relief on or before January 27, 2020. *Id.* at 15-16, 19.  Plaintiff submitted a proposed order on January 28, 2020.

//
//
//
//
//
//

1        Permanent injunctive relief must describe in "reasonable detail" the acts that are restrained. *Experience Hendrix L.L.C. v. Hendrixlicensing.com Ltd*, 762 F.3d 829, 839 (9th Cir. 2014). The Court directs Plaintiff to revise the proposed order in order to conform with the standard as set out by Federal Rule of Civil Procedure 65(d)(1):

> Every order granting an injunction and every restraining order must:
>
> (A) state the reasons why it issued;
> (B) state its terms specifically; and
> (C) describe in reasonable detail—and not by referring to the complaint or other document—the act or acts restrained or required.

Fed. R. Civ. P. 65(d)(1). Plaintiff is directed to file a revised proposed order that conforms with the above-described requirements by **January 31, 2020.**

Dated: January 29, 2020

                                     *[signature]*
                                     Hon. Gonzalo P. Curiel
                                     United States District Judge