# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAINE G. HARRINGTON III,<br><br>Plaintiff,<br><br>v.<br><br>EQUITY ASSET & PROPERTY MANAGEMENT, INC. dba EQUITY RESIDENCES, LLC,<br><br>Defendant. | CASE NO.: 3:18-cv-00216-GPC-NLS<br><br>**ORDER FOR PERMANENT INJUNCTION** |

This matter came before the Court upon Plaintiff BLAINE G. HARRINGTON III's ("Plaintiff") request for permanent injunction against defendant EQUITY ASSET & PROPERTY MANAGEMENT, INC. dba EQUITY RESIDENCES, LLC.

On January 14, 2020, this Court entered default judgment against EQUITY ASSET & PROPERTY MANAGEMENT, INC. DBA EQUITY RESIDENCES, LLC, and granted Plaintiff's request for permanent injunctive relief.  (*See* ECF No. 30 citing "The Court finds that such injunctive relief to protect Plaintiff's Copyrighted Work is appropriate.  Despite the fact that Equity is aware of Plaintiff's claims and has removed the Copyrighted Work from its website.  Equity has still chosen to ignore this lawsuit suggesting that Equity does not appreciate the gravity of such infringement.").

1	The Court, having reviewed the pleadings and being fully advised in the
2	premises, and for good cause shown, hereby determined that the Plaintiff BLAINE
3	HARRINGTON III is entitled to a permanent injunction against the defendant
4	EQUITY ASSET & PROPERTY MANAGEMENT, INC. dba EQUITY
5	RESIDENCES, LLC.
6	     NOW THEREFORE, IT IS HEREBY ORDERED that Defendant EQUITY
7	ASSET & PROPERTY MANAGEMENT, INC. dba EQUITY RESIDENCES,
8	LLC, its officers, agents, servants, employees and attorneys, and all persons in
9	active concert or participation with any one or more of them, who receive actual
10	notice by personal service or otherwise ARE HEREBY PERMANENTLY
11	RESTRAINED AND ENJOINED from:
12	     (a)     directly or indirectly infringing Plaintiff's copyrighted photograph
13	entitled "20110427_florida_4138.jpg" ("Copyrighted Work") which is registered
14	with the Register of Copyrights with the registration number VAu001077015, or
15	continuing to market, offer, sell, dispose of, license, lease, transfer, publicly
16	display, advertise, reproduce, develop, or manufacture any works derived or copied
17	from the Copyrighted Work or to participate or assist in any such activity; and/or
18	     (b)     directly or indirectly reproducing, displaying, distributing, otherwise
19	using, or retaining any copy, whether in physical or electronic form, of the
20	Copyrighted Work.
21	//

1 | **IT IS SO ORDERED.**

2 | Dated: January 31, 2020

Hon. Gonzalo P. Curiel
United States District Judge