# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

BLAINE G. HARRINGTON III

**Plaintiff,**

V.

EQUITY ASSET & PROPERTY MANAGEMENT, INC. d/b/a EQUITY RESIDENCE, LLC

**Defendant.**

Case No. 18-cv-0216-GPC-NLS

## PRO HAC VICE APPLICATION

BLAINE G. HARRINGTON III

Party Represented

I, Kerry S. Culpepper (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Culpepper IP, LLLC
Street address: 75-170 Hualalai Rd, Suite B204
City, State, ZIP: Kailua-Kona, HI 96740
Phone number: 808-464-4047
Email: kculpepper@culpepperip.com

That on 11/5/2012 (Date) I was admitted to practice before Supreme Court of Hawaii (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have   ☒ have not   concurrently or within the year preceding this application made any pro hac vice application to this court.

(If previous application made, complete the following)

Title of case _____
Case Number _____   Date of Application _____
Application:  ☐ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Jonah A. Grossbardt                           323-364-6565
(Name)                                        (Telephone)

SRIPLAW
(Firm)

1801 Century Park East, Ste 1100    Los Angeles, CA    900687
(Street)                            (City)             (Zip code)

(Signature of Applicant)

I hereby consent to the above designation.

(Signature of Designee Attorney)